IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LESLEE M. LOBATO,**

      **Plaintiff,**

vs.                                                                No. CV 14-0281 SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER EXTENDING BRIEFING SCHEDULE

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, I FIND that the Motion is well-taken;

IT IS THEREFORE ORDERED that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **October 21, 2014**;

2. Defendant shall file a Response no later than **December 18, 2014**;

3. Plaintiff may file a Reply no later than **January** 22**, 2015**;

4. All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

5. All requests for extension of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                                                _____
                                                                                **STEPHAN M. VIDMAR**
                                                                                **United States Magistrate Judge**
                                                                                **Presiding by Consent**

**Submitted by**:

  s/ Francesca J. MacDowell
 Francesca J. MacDowell
Attorney for Plaintiff


**Approved by email on 10/03/14 by**:

Pamela M. Wood
Attorney for Commissioner