IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LESLEE M. LOBATO,**

    Plaintiff,

 v.                                                                                       **No. 14-cv-0281 SMV**

**CAROLYN W. COLVIN, Acting Commissioner of**
**Social Security Administration,**

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed this action on March 24, 2014, appealing the final decision of the Social Security Administration, which denied her claims for social security disability benefits and supplemental security income. [Doc. 1]; Tr. 77 (indicating the type of benefits claim at issue). After an extension of time was granted, Plaintiff's Motion to Reverse or Remand Administrative Agency Decision ("Motion") was due by October 21, 2014. [Doc. 16]. To date, however, Plaintiff has filed no Motion, nor requested any further extension of time to do so.

**IT IS THEREFORE ORDERED** that Plaintiff show cause within 21 days why her case should not be dismissed without prejudice for failure to prosecute her claims.

**IT IS SO ORDERED**.

                                                                      _____
                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**
                                                                      **Presiding by Consent**